UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                       Case No. 2:11–cr–20129–RHC–MAR
                                     Hon. Robert H. Cleland

Ronald Nick Preletz, et al.,

          Defendant(s),

_____/

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:  Ronald Nick Preletz

    The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  August 27, 2014 at 11:15 AM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Wagner
                                                         Case Manager

Dated:  August 15, 2014